DOCKET NO. 516

FILED

OCT -7 1982

PATRI...

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

10/7/82

IN RE AIR CRASH DISASTER NEAR NEW ORLEANS, LOUISIANA, ON
JULY 9, 1982

BEFORE ANDREW A. CAFFREY, CHAIRMAN, ROY W. HARPER, CHARLES
R. WEINER, EDWARD S. NORTHROP, ROBERT H. SCHNACKE, FRED
DAUGHERTY, AND SAM C. POINTER, JR., JUDGES OF THE PANEL

TRANSFER ORDER

PER CURIAM

The Panel having ruled from the bench at the hearing
held on this matter that the actions in this litigation
raise common questions of fact and that their centralization
in the Eastern District of Louisiana pursuant to 28 U.S.C.
§1407 will best serve the convenience of the parties and
witnesses and promote the just and efficient conduct of
the litigation,

IT IS ORDERED that the actions listed on the following
Schedule A and pending in districts other than the Eastern
District of Louisiana be, and the same hereby are, transferred
pursuant to Section 1407 to that district and, with the
consent of that court, assigned to the Honorable Adrian
G. Duplantier for coordinated or consolidated pretrial pro-
ceedings with the actions already pending there and listed
on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-516 -- In re Air Crash Disaster at New Orleans, Louisiana, on
         July 9, 1982

## Central District of California

Elaine Cunnings, et al. v. Pan American World Airlines, et al.,
      C.A. No. CV82-3426-LTL

## Eastern District of Louisiana

Elaine Cunnings, et al. v. Pan American World Airlines, et al.,
      et al., C.A. No. 82-2934
Opal Bode, et al. v. Pan American World Airways, et al.,
      C.A. No. 82-2968
Paul A. Fenn, et al. v. Pan American World Airways, et al.,
      C.A. No. 82-2967
Dorris Vidrine, et al. v. Pan American World Airways, Inc., et al.,  C.A.
      No. 82-3027
Judy Pregeant, et al. v. Pan American World Airways, Inc., et al., C.A.
      No. 82-3054
Norwood Fitzgerald, et al. v. Pan American World Airways, Inc.,
      C.A. No. 82-3082
Percy Edward Hood, et al. v. Pan American World Airways, Inc.,
      C.A. No. 82-3083
Timothy Casey, et al. v. Pan American World Airways, Inc.,
      C.A. No. 82-3084
Nicki Schiefelbein Delapasse, et al. v. Pan American World
      Airways, Inc., C.A. No. 82-3085
Robert Guillory v. Pan American World Airways, Inc.,
      C.A. No. 82-3064
Opal Bode, et al. v. Pan American World Airways, Inc., et al.,
      C.A. No. 82-3121
Joseph C. Iverstine, Sr., et al. v. Pan American World
      Airways, Inc., et al.,  C.A. No. 82-3127

## Southern District of Florida

Beau Edmonds, et al. v. Pan American World Airways, Inc.,
      C.A. No. 82-1486-JE